UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Donald Sublet, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08 1482 |
| | ) |
| | ) |
| Captain Shawn Million *et al.*, | ) |
| | ) |
| Defendants. | ) |

### TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a prisoner at the Federal Correctional Institution in Fort Worth, Texas. He brings this action under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680. The venue provision for FTCA claims requires that "[a]ny civil action on a tort claim against the United States . . . be prosecuted only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred." 28 U.S.C. § 1402(b). The alleged wrongdoing occurred at the Federal Correctional Institution in Oakdale, Louisiana. The Court finds it in the interests of justice and judicial economy to transfer the case to the judicial district where the actions giving rise to the complaint took place. Accordingly, it is this ___ day of August 2008,

ORDERED that pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Western District of Louisiana. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

/s/ _____
United States District Judge